# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CINDY IRENE YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-860 RWS |
| | ) | |
| ALANA BOYLES[1], | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Upon review of the casefile it appears that the application for habeas corpus filed in this matter should have been filed as an amended application for habeas corpus pursuant to 28 U.S.C. § 2254 in *Young v. Boyles*, Case No. 4:15-CV-867 JAR (E.D.Mo.), rather than as a new case in this Court. As such, the Court will order the Clerk to transfer the instant petition to Case No. 4:15-CV-867 JAR (E.D.Mo) to be filed as an amended petition in that action. The Court will also order the Clerk to administratively close the present action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall change the docket to reflect the proper respondent in this case, as the Warden of Chillicothe Correctional Center is Alana Boyles.

**IT IS FURTHER ORDERED** that the application for habeas corpus filed in the present action shall be transferred to *Young v. Boyles*, Case No. 4:15-CV-867 JAR (E.D.Mo) and filed as an amended petition in that action.

---

[1]Alana Boyles is the current Warden at Chillicothe Correctional Center in Chillicothe, Missouri and is the proper Respondent in this action brought pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that the present action shall be **ADMINISTRATIVELY CLOSED**.

Dated this 10th day of March, 2017.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE